**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **MILBURN L. EDWARDS, SR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:09-0025** |
| | ) | **Judge Echols** |
| **LESLIE E. PRICE, ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### O R D E R

The Court has before it a *pro se* prisoner complaint brought under 42 U.S.C. §§ 1983, 1985, and 1988.  The plaintiff is a prisoner in the South Central Correctional Facility in Clifton, Tennessee.

As provided in the memorandum entered contemporaneously herewith, the plaintiff's complaint is **DISMISSED** because the defendants are immune from suit and, as such, he fails to state a claim on which relief may be granted.  28 U.S.C. §§ 1915A(b)(1)-(2).  The plaintiff's motion for appointment of counsel (Docket Entry No. 3) is **DENIED** as moot.

An appeal would **NOT** be taken in good faith.  Therefore, the plaintiff is **NOT** certified to pursue an appeal *in forma pauperis*.  28 U.S.C. § 1915(a)(3); *Coppedge v. United States*, 369 U.S. 438, 444-46 (1962).  Moreover, the plaintiff has three-strikes under 28 U.S.C. § 1915(g), and he does not allege that he is in imminent danger of serious physical injury.

Entry of this Order shall constitute the judgment in this action.

It is so **ORDERED**.

Robert L. Echols
United States District Judge